**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Kaidia Karay Freeman, | ) | Case No.: 1:25-cr-00055 |
| | ) | |
| Defendant. | ) | |

On July 23, 2026, the court granted Defendant's motion to transition from the Indiana Center for Recovery to the Behavioral Health Supportive Housing upon successful discharge from the Indiana Center for Recovery. (Doc. No. 56).

On August 5, 2026, Defendant filed a *Motion to Vacate Order Modifying Conditions of Release*. (Doc. No. 59). Therein, Defendant advised that since the time she received permission to return to North Dakota and reside at the Behavioral Health Supportive Housing in Bismarck, she has experienced a significant and unexpected change in her psychiatric presentation. Based on this information, the Indiana Center for Recovery has determined continued residential treatment is needed to stabilize her mental health and evaluate her medication regimen. Accordingly, the facility has requested Defendant to remain there to complete necessary treatment.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 59), and **VACATES** its July 23, 2026, Order. (Doc. No. 56). Defendant shall remain at the Indiana Center for Recovery and will be subject to all previously imposed conditions of release, including those in the May 12, 2026, Order.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court